NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————

**YVETTE MOYLER,**

*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee*

———————

2026-1115

———————

Appeal from the United States Court of Federal Claims in No. 1:21-vv-01720-MRS, Judge Molly R. Silfen.

———————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

May 18, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 18, 2026